UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MITCHELL LEE BLEVINS, | Case No. 1:15-cv-717 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 22)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on February 8, 2017, submitted a Report and Recommendation. No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. The Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits is **AFFIRMED**; and

3. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 2/27/17

Timothy S. Black
United States District Judge